USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOVITO GALINDO, : 18-cv-8678 (JGK) (RWL)
:
               Plaintiff, : **ORDER**
:
   - against - :
:
DYCKMAN ELECTRONICS CENTER, :
INC., et al., :
:
               Defendants. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Court held a settlement conference on June 11, 2019 during which the parties reached a settlement fully and finally resolving the instant action. When putting that agreement on the record, Plaintiff agreed to submit an application for approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake, Inc.*, 796 F.3d 199 (2d Cir. 2015) on or before July 11, 2019, thirty days following the date of settlement. (Dkt. 37 at 4-5.) No such application has been filed.

      Accordingly, by February 5, 2020, Plaintiff shall submit an application for approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake, Inc.*, 796 F.3d 199 (2d Cir. 2015).

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:     January 22, 2020
             New York, New York

Copies transmitted this date to all counsel of record.