USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOVITO GALINDO, *individually and on behalf of others similarly situated*,     :     18-CV-8678 (RWL)

                Plaintiff,     :

             - against -     :     **ORDER**

DYCKMAN ELECTRONICS CENTER, INC., et al.,     :

               Defendants.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a letter requesting to reopen the case due to Defendants' failure to honor the settlement agreement recently approved by the Court. Defendants shall file a response, if any, by December 23, 2020. In the absence of a meritorious response, the Court will grant the request to reopen the case.

                                       SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated:        December 15, 2020
                New York, New York

Copies transmitted to all counsel of record.